**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

                             20 **CIVIL** 7457 (LJL)

      -against-                 **DEFAULT JUDGMENT**

GERALDO PACHECO and ALGE &
DELUCA, LLC,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 20, 2021, Default judgment is granted against Defendants in the amount of $10,000.00.

**DATED**: New York, New York
          September 21, 2021

                                        **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
                     **BY**: _____
                                            **Deputy Clerk**